# Exhibit 2

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-206-716

EFFECTIVE DATE OF REGISTRATION

| 4 | 24 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Baby Bottle-Boy, #02717

**NATURE OF THIS WORK ▼ See Instructions**

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of **United States**
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
1996 Year   This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **January**   Day **15**   Year **1996**
**United States**   Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages





| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

Area code and daytime telephone number  ( 952- ) 949-5631          Fax number  ( 952- ) 949-6483

Email  psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Anagram International, Inc.
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis          **Date** April 10, 2003

Handwritten signature (X) ▼

X  Diana Curtis

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. |
|---|---|
| | **Number/Street/Apt** ▼ 7700 Anagram Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♺ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-206-715**

| 4 | 24 | 03 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**

Baby Bottle-Girl, #02718

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
1996
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January  Day 15  Year 1996
United States    Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**b**

Area code and daytime telephone number (952-) 949-5631        Fax number (952-) 949-6483
Email psandkamp@anagramintl.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Anagram International, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Diana Curtis        Date April 10, 2003

Handwritten signature (X)
x Diana Curtis

| Certificate will be mailed in window envelope to this address: | Name ▼ Patricia Sandkamp, Anagram International, Inc. |
| | Number/Street/Apt ▼ 7700 Anagram Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000 Web Rev. June 2002 ● Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021



# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1–206–711

EFFECTIVE DATE OF REGISTRATION

| 4 | 24 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Happy Bee, #04745

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give info contribution appeared. **Title of Collective Work ▼**

**If published in a periodical or serial give: Volume ▼**      **Number ▼**      **Issue Date ▼**

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
**Year Born**

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of **United States**
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture      ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph             ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design         ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph             ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design         ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**a** **Year in Which Creation of This Work Was Completed**
1997
Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **March** Day **15** Year **1997**
**United States** Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

04749S Happy Bee
SuperShape™ XL® P30

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN  55344-7307

**b**

Area code and daytime telephone number    ( 952- ) 949-5631                    Fax number    ( 952- ) 949-6483

Email    psandkamp@anagramintl.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Anagram International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis                                                      Date  April 10, 2003

Handwritten signature (X) ▼

x  *Diana Curtis*

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. |
| | **Number/Street/Apt** ▼ 7700 Anagram Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN  55344 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper                              U.S. Government Printing Office: 2000-461-113/26,021



**04745 Happy Bee**
SuperShape™ XL® P30

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 206 – 718**

EFFECTIVE DATE OF REGISTRATION

Month 4    Day 24    Year 03

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Happy Ladybug, #04746

**NATURE OF THIS WORK ▼ See instructions**

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a**  **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**a**  **Year in Which Creation of This Work Was Completed**
1997
*This information must be given Year in all cases.*

**b**  **Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
Month __March__  Day __15__  Year __1997__
**United States**    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY | | **FORM VA** |
| CHECKED BY | | |

| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

Area code and daytime telephone number  (952-) 949-5631          Fax number  (952-)949-6483

Email   psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Anagram International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis          Date  April 10, 2003

Handwritten signature (X) ▼

X  _Diana Curtis_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. |
| | **Number/Street/Apt** ▼ 7700 Anagram Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20.021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-060-573**

**Effective Date of Registration:**
August 03, 2017

## Title

**Title of Work:** 04949 - Champagne Bottle

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** January 21, 1998
**Nation of 1st Publication:** United States

## Author



- **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**04949 Champagne Bottle**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** August 03, 2017
**Applicant's Tracking Number:** 04949



04949 Bubbly Wine

SuperShape™ XL® P30

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1−206−712

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 4 | 24 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Ocean Blue Dolphin, #05813

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
1998
This information must be given Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month May    Day 15    Year 1998
United States    Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| **EXAMINED BY** | **FORM VA** |
| **CHECKED BY** | |
| ☐ **CORRESPONDENCE** Yes | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

Area code and daytime telephone number   ( 952-) 949-5631      Fax number   ( 952-) 949-6483

Email   psandkamp@anagramintl.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Anagram International, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis      Date __April 10, 2003__

Handwritten signature (X) ▼

x _Diane Curtis_

| Certificate will be mailed in window envelope to this address: | Name ▼ Patricia Sandkamp, Anagram International, Inc. |
|---|---|
| | Number/Street/Apt ▼ 7700 Anagram Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344 |

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♺ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021



**05813 Ocean Blue Dolphin**
SuperShape™ XL® P30

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts

VA 1-206-709

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 4 | 24 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Jewel Blue Dolphin, #05819

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a**   **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional sculpture    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
1998
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month May   Day 15   Year 1998
United States    Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**b**

Area code and daytime telephone number   (952-) 949-5631   Fax number   (952-) 949-6483
Email   psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Anagram International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Diana Curtis   Date April 10, 2003

Handwritten signature (X) ▼
X Diana Curtis

| Certificate will be mailed in window envelope to this address: | Name ▼ Patricia Sandkamp, Anagram International, Inc. |
| | Number/Street/Apt ▼ 7700 Anagram Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 ♻ Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20,021



## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office, in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts

**VA 1‑206‑713**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 4 | 24 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Kiss Ladybug, #05929

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**a**  **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**a**  **Year in Which Creation of This Work Was Completed**
1998  Year  This information must be given in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month May   Day 15   Year 1998
United States   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**b**

Area code and daytime telephone number  ( 952-) 949-5631        Fax number  ( 952- )949-6483

Email  psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Anagram International, Inc.
　　　　Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis        Date  April 10, 2003

Handwritten signature (X) ▼

X  _Diana Curtis_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Patricia Sandkamp, Anagram International, Inc.

Number/Street/Apt ▼
7700 Anagram Drive

City/State/ZIP ▼
Eden Prairie, MN 55344

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Tayle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-085

**Effective Date of Registration:**
July 24, 2017

---

**Title**

**Title of Work:** 06195 - Champagne Glass

**Completion/Publication**

**Year of Completion:** 1999
**Date of 1st Publication:** February 08, 1999
**Nation of 1st Publication:** United States

**Author**

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

**06195 Champagne Glass**

**Copyright Claimant**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Rights and Permissions**

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification**

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 06195

---

Page 1 of 2



**06195 Bubbly Wine Glass**

SuperShape™ XL® P30

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-112

**Effective Date of Registration:**
July 24, 2017

---

## Title

**Title of Work:** 07460 - Pink Dolphin

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** April 18, 2000
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 07460



## CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 206 – 720

EFFECTIVE DATE OF REGISTRATION

4 / 24 / 03
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

It's a Boy Foot, #07688

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States
Domiciled in ___ }

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___ }

Was This Author's Contribution to the Work
Anonymous?
Pseudonymous?

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work



07688 It's a Boy Foot
SuperShape™ XL® P35

---

**a** **Year in Which Creation of This Work Was Completed**
2000 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December Day 15 Year 2000
Nation United States

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



**07688 It's a Boy Foot**
SuperShape™ XL® P35

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-206-717

EFFECTIVE DATE OF REGISTRATION

4    24    03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

It's a Girl Foot, #07690

**NATURE OF THIS WORK ▼ See Instructions**

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **United States**
Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author
Anonymous?    ☐
Pseudonymous?    ☐

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

It's a Girl!

07690 It's a Girl Foot
SuperShape™ XL® P35

**a** **Year in Which Creation of This Work Was Completed**
2000
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December    Day 15    Year 2000
United States    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK**
Page 1 of 2 pages



07690 It's a Girl Foot
SuperShape™ XL® P35

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-206-719**

KA00001:20G7194

**EFFECTIVE DATE OF REGISTRATION**

Month 4  Day 74  Year 03

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Flower Walker #07709

**NATURE OF THIS WORK ▼ See Instructions**

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**a**  **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**a**  **Year in Which Creation of This Work Was Completed**
2000
*This information must be given in all cases.*

**b**  **Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
Month December  Day 15  Year 2000
Nation United States

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE / OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**b**

Area code and daytime telephone number ( 952-) 949-5631          Fax number ( 952-) 949-6483

Email psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Anagram International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis          Date April 10, 2003

Handwritten signature (X) ▼
X  _Diana Curtis_

| Certificate will be mailed in window envelope to this address: | Name ▼ Patricia Sandkamp, Anagram International, Inc. |
| | Number/Street/Apt ▼ 7700 Anagram Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Kay Perry Clayoth

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-098

**Effective Date of Registration:**
August 08, 2017

## Title

**Title of Work:** 08866 - Simply Said Love Heart

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** August 28, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 08, 2017



## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1−206−710

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 4 | 24 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Chatterbox Star, #09054

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**a** **Year in Which Creation of This Work Was Completed**

2003

This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.

Month _January_ Day _15_ Year _2003_
Nation _United States_

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | **FORM VA** |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                  **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                               **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

Area code and daytime telephone number  ( 952- ) 949-5631          Fax number  ( 952- ) 949-6483

Email  psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Anagram International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis                                          **Date** April 10, 2003

Handwritten signature (X) ▼

X  _Diana Curtis_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. |
|---|---|
| | **Number/Street/Apt** ▼ 7700 Anagram Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2003—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-085-623**

**Effective Date of Registration:**
January 31, 2018

---

### Title

**Title of Work:** 09900 - Pastel Unicorn

### Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** January 15, 2004
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes

℗ **09900 Pastel Unicorn**

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Kroells
**Date:** January 31, 2018
**Applicant's Tracking Number:** 09900

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Taylor Clapp*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-301

**Effective Date of Registration:**
August 07, 2017

---

## Title

**Title of Work:** 11834 - Kissing Dolphins

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** June 28, 2005
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 07, 2017

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayth*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-095

**Effective Date of Registration:**
July 24, 2017

### Title

**Title of Work:** 15905 - Wedding Dress

### Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 14, 2008
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

### Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

### Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 15905



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-709

**Effective Date of Registration:**
August 07, 2017

---

**Title**

| | |
|---|---|
| **Title of Work:** | 16988 - XO Heart Pattern |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2000 |
| **Date of 1st Publication:** | January 01, 2001 |
| **Nation of 1ʳˢᵗ Publication:** | United States |

**Author**

16988 XO Heart Pattern

| | |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

**Certification**

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | August 07, 2017 |



16988 XO Heart Pattern

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Feagh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-062-023

**Effective Date of Registration:**
August 14, 2017

---

**Title**

    **Title of Work:** 17952 - Baby Buggy Boy

**Completion/Publication**

    **Year of Completion:** 2008
    **Date of 1st Publication:** December 15, 2008
    **Nation of 1st Publication:** United States

**Author**

    •     **Author:** Anagram International, inc.
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

**17952 Baby Buggy Boy**

**Copyright Claimant**

    **Copyright Claimant:** Anagram International, Inc.
    7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Rights and Permissions**

    **Organization Name:** Anagram International, Inc.
    **Email:** info@anagramintl.com
    **Address:** 7700 Anagram Drive
    Eden Prairie, MN 55344 United States

**Certification**

    **Name:** Nancy L. Kroells
    **Date:** August 14, 2017
    **Applicant's Tracking Number:** 17952



**17896 Baby Buggy Girl**



17952 Baby Buggy Boy



17896 Baby Buggy Girl

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Tayle Claytt*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-097

**Effective Date of Registration:**
July 24, 2017

---

## Title

**Title of Work:** 18015 - Tuxedo

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 17, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 18015



---

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-097

**Effective Date of Registration:**
August 08, 2017

---

## Title

**Title of Work:** 18944 - Valentine Stacker

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 24, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 08, 2017

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-717

**Effective Date of Registration:**
August 07, 2017

---

## Title

**Title of Work:** 19346 - I'm Sorry Colorful Lines

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** June 04, 2009
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 07, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-100

**Effective Date of Registration:**
August 08, 2017

## Title

**Title of Work:** 20261 - Joyful Santa

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 28, 2010
**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 08, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-094

**Effective Date of Registration:**
August 08, 2017

---

## Title

      **Title of Work:**  20789 - Love is in the Air

## Completion/Publication

      **Year of Completion:**  2010
      **Date of 1st Publication:**  August 05, 2010
      **Nation of 1st Publication:**  United States

## Author

      •   **Author:**  Anagram International, inc.
      **Author Created:**  2-D artwork
      **Work made for hire:**  Yes
      **Domiciled in:**  United States

## Copyright Claimant

      **Copyright Claimant:**  Anagram International, Inc.
      7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

      **Name:**  Nancy Kroells
      **Date:**  August 08, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-092-804**

**Effective Date of Registration:**
September 27, 2017

## Title

**Title of Work:** 21932 - Happy Birthday from All Marquee

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** September 27, 2017

Page 1 of 1



21932 Happy Birthday from All Mar.

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayoth*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-120**

**Effective Date of Registration:**
July 24, 2017

### Title

**Title of Work:** 21937 - Funky Birthday Cake

### Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 11, 2010
**Nation of 1st Publication:** United States

### Author



- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

21937 Funky Birthday Cake
Holographic SuperShape™ P40

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

### Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

### Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 21937



**21937 Funky Birthday Cake**

Holographic SuperShape™ P40

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Pergh Claycht*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-116

**Effective Date of Registration:**
July 24, 2017

---

**Title**
_____

        **Title of Work:** 24475 - Sweet Stuff Bday Cake

**Completion/Publication**
_____

        **Year of Completion:** 2011
    **Date of 1st Publication:** November 29, 2011
   **Nation of 1st Publication:** United States

**Author**
_____

           **Author:** Anagram International, Inc.
      **Author Created:** 2-D artwork
   **Work made for hire:** Yes
        **Citizen of:** United States
     **Domiciled in:** United States

**Copyright Claimant**
_____

    **Copyright Claimant:** Anagram International, Inc.
    7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Rights and Permissions**
_____

    **Organization Name:** Anagram International, Inc.
          **Email:** info@anagramintl.com
      **Address:** 7700 Anagram Drive
    Eden Prairie, MN 55344 United States

**Certification**
_____

         **Name:** Nancy L. Kroells
          **Date:** July 24, 2017
**Applicant's Tracking Number:** 24475



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-118-018

**Effective Date of Registration:**
March 27, 2018

**Title** _____

**Title of Work:** 24519 Sunshine Sun

**Completion/Publication** _____

**Year of Completion:** 2000
**Date of 1st Publication:** January 25, 2000
**Nation of 1st Publication:** United States

**Author** _____

**•** **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

**Copyright Claimant** _____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Rights and Permissions** _____

**Organization Name:** Anagram International, Inc.
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification** _____

**Name:** Nancy Kroells
**Date:** March 27, 2018



**24519 Sunshine Sun**

SuperShape™ XL® P35

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-095-565

**Effective Date of Registration:**
October 10, 2017

---

**Title**

**Title of Work:** 24542 - Just Married Wedding Car

**Completion/Publication**

**Year of Completion:** 2000
**Date of 1st Publication:** January 25, 2000
**Nation of 1st Publication:** United States

**Author**

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

24542 Just Married Wedding Car

**Copyright Claimant**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

**Name:** Nancy Kroells
**Date:** October 10, 2017

---

Page 1 of 1



24542 Just Married Wedding Car

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Tyle Clayth*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-893

**Effective Date of Registration:**
February 02, 2018

## Title

**Title of Work:** 24575 - Baby Blue Rocking Horse

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** November 29, 2011
**Nation of 1st Publication:** United States

**24575 Baby Blue Rocking Horse**

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy Kroells
**Date:** February 02, 2018
**Applicant's Tracking Number:** 04949



**24575 Baby Blue Rocking Horse**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayın Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-132

**Effective Date of Registration:**
July 24, 2017

---

**Title**



**Title of Work:** 24662 - Wedding Rings

**Completion/Publication**

**Year of Completion:** 2012
**Date of 1st Publication:** January 26, 2012
**Nation of 1st Publication:** United States

**Author**

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

**Copyright Claimant**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Rights and Permissions**

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification**

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 24662

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-075-758**

**Effective Date of Registration:**
July 24, 2017

---

### Title

**Title of Work:** 24977 - Baby Girl Pink Rocking Horse

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 08, 2012
**Nation of 1st Publication:** United States

### Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

### Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

### Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017



24977 Baby Pink Rocking Horse

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-185-233**

**Effective Date of Registration:**
October 30, 2019
**Registration Decision Date:**
January 09, 2020

## Title

Title of Work: 25101 - Dancing Skeleton

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: February 15, 2012
Nation of 1st Publication: United States

## Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: October 30, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-185-234

**Effective Date of Registration:**
October 30, 2019

**Registration Decision Date:**
January 09, 2020

## Title

| | |
|---|---|
| Title of Work: | 25102 - Spider |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | February 15, 2012 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | October 30, 2019 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-121

**Effective Date of Registration:**
July 24, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 25233 - Triple Layer Cake |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | March 06, 2012 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

25233 Oh So Fabulous Triple Layer Cake

SuperShape™ XLØ P35

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Email:** | info@anagramintl.com |
| **Address:** | 7700 Anagram Drive<br>Eden Prairie, MN 55344 United States |

## Certification

| | |
|---|---|
| **Name:** | Nancy L. Kroells |
| **Date:** | July 24, 2017 |
| **Applicant's Tracking Number:** | 25233 |



**25233 Oh So Fabulous Triple Layer Cake**

SuperShape™ XL® P35

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-774**

**Effective Date of Registration:**
August 03, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | 25577 - You Are Loved |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 01, 2012 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | August 03, 2017 |
| **Applicant's Tracking Number:** | 25577 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-182-738

**Effective Date of Registration:**
October 18, 2019

**Registration Decision Date:**
December 13, 2019

---

## Title

Title of Work: 26801-Baby Girl Bottle Dots



## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: October 15, 2012
Nation of 1ˢᵗ Publication: United States

## Author

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: October 18, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Ticla*

United States Register of Copyrights and Director.



**Registration Number**

## VA 2-182-740

**Effective Date of Registration:**
October 18, 2019
**Registration Decision Date:**
December 13, 2019

---

## Title



Title of Work: 26802 Baby Boy Bottle Dots

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: October 15, 2012
Nation of 1st Publication: United States

## Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344



## Certification

Name: Nancy Castañas
Date: October 18, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-096**

**Effective Date of Registration:**
August 08, 2017

## Title

|  |  |
|---|---|
| **Title of Work:** | 27239 - Santa with Tree |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 21, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

|  |  |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | August 08, 2017 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Teyle Claytt*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-092**

**Effective Date of Registration:**
August 08, 2017

## Title

**Title of Work:** 28139 - Happy Face Rainbow

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 05, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 08, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-719

**Effective Date of Registration:**
August 07, 2017

---

## Title
 

**Title of Work:** 28428 - Birthday Balloons

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 09, 2013
**Nation of 1st Publication:** United States



## Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 07, 2017

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Larg H. Carle*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-153-036**

**Effective Date of Registration:**
December 31, 2018

## Title

Title of Work: 38478 - Llama

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: April 27, 2018
Nation of 1st Publication: United States

## Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Rights and Permissions

Organization Name: Anagram International, Inc.
Address: 7700 Anagram Drive
E, MN 553 United States

## Certification

Name: Nancy Kroells
Date: December 31, 2018

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Feyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-059-125

**Effective Date of Registration:**
July 24, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 28790 - Pink Sparkle Ballerina |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 21, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Email:** | info@anagramintl.com |
| **Address:** | 7700 Anagram Drive<br>Eden Prairie, MN 55344 United States |

## Certification

| | |
|---|---|
| **Name:** | Nancy L. Kroells |
| **Date:** | July 24, 2017 |
| **Applicant's Tracking Number:** | 28790 |



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-028

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 12, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | 28908 - GWS Smiley Sunshine |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | March 18, 2021 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-342

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

---

## Title

**Title of Work:** 28950 - Summer Scene Palm

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 12, 2019
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-001

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 21, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 29004 - Chalkboard Birthday Arrow |



## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | November 08, 2019 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-093

**Effective Date of Registration:**
August 08, 2017

---

## Title

**Title of Work:** 29392 - Merry Christmas Icons

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 08, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 08, 2017

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Kayn Tugle Clayett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-128**

**Effective Date of Registration:**
July 24, 2017

## Title

**Title of Work:** 29853 - Love Bear Hearts

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 09, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 29853



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-194-139

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

### Title
　

| | |
|---|---|
| **Title of Work:** | 29908 - Cupid Strikes |

### Completion/Publication
　

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 01, 2014 |
| **Nation of 1st Publication:** | United States |

### Author
　

| | |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant
　

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification
　

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 09, 2020 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-092-800

**Effective Date of Registration:**
September 26, 2017

---

**Title**

        **Title of Work:** 30090 - Birthday Explosion

**Completion/Publication**

        **Year of Completion:** 1999
        **Date of 1st Publication:** February 19, 1999
        **Nation of 1st Publication:** United States

**Author**

        •   **Author:** Anagram International, inc.
        **Author Created:** 2-D artwork
        **Work made for hire:** Yes
        **Domiciled in:** United States

♥ **A30090 Birthday Explosion**

**Copyright Claimant**

        **Copyright Claimant:** Anagram International, Inc.
        7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

        **Name:** Nancy Kroells
        **Date:** September 26, 2017



A30090 Birthday Explosion

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-070-707**

**Effective Date of Registration:**
August 07, 2017

**Title**

Title of Work: 30694 - HBD To You Mermaids

**Completion/Publication**

Year of Completion: 2015
Date of 1st Publication: January 02, 2015
Nation of 1st Publication: United States

**Author**

- Author: Anagram International, inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

Name: Nancy Kroells
Date: August 07, 2017




Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaytugh Clayt*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-070-715**
**Effective Date of Registration:**
August 07, 2017

**Title** _____

Title of Work: 30699 - Bright Bold Happy Bday

## Completion/Publication _____

Year of Completion: 2015
Date of 1st Publication: January 02, 2015
Nation of 1st Publication: United States

## Author _____

• Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification _____

Name: Nancy Kroells
Date: August 07, 2017

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Laura Teghe Clayth*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-772

**Effective Date of Registration:**
August 03, 2017

### Title

| | |
|---|---|
| **Title of Work:** | 30725 - HBD Bear Gift |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | February 27, 2015 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | August 03, 2017 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-129**

**Effective Date of Registration:**
July 24, 2017

**Title** _____

**Title of Work:** 31235 - Lovely Bride

**Completion/Publication** _____

**Year of Completion:** 2015
**Date of 1st Publication:** March 05, 2015
**Nation of 1st Publication:** United States

**Author** _____

- **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

**Copyright Claimant** _____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Rights and Permissions** _____

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification** _____

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 31235



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-084**

**Effective Date of Registration:**
July 24, 2017



---

## Title

**Title of Work:** 31237 - Handsome Groom

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 16, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 31237

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-085-770

**Effective Date of Registration:**
February 01, 2018

## Title

| | |
|---|---|
| **Title of Work:** | 31299 - Rainbow Unicorn |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

31299 Rainbow Unicorn

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | January 31, 2018 |
| **Applicant's Tracking Number:** | 31299 |

Page 1 of 1



31299 Rainbow Unicorn

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-204-649**

**Effective Date of Registration:**
January 08, 2020
**Registration Decision Date:**
May 26, 2020

---

## Title

**Title of Work:** 31454 - Smiley Snowman

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 01, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 08, 2020

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teyl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-118-004

**Effective Date of Registration:**
March 27, 2018

---

## Title

**Title of Work:** 32449 Happy Lady Bug

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 10, 2015
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** March 27, 2018

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karn H. Teale*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-117-662

**Effective Date of Registration:**
March 28, 2018

---

## Title

**Title of Work:** 32451 - Happy Buzz'n Bee

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 10, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

32451 Happy Buzz'n Bee

Junior Shape XL® S50

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** March 28, 2018

---



**32451 Happy Buzz`n Bee**
Junior Shape XL® S50

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay. A. Tird*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-156-842

**Effective Date of Registration:**
April 23, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | 32562 - Happy Spring Butterfly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 15, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | April 23, 2019 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-097

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 24, 2020

---

**Title**

Title of Work: 32851 - Pineapple

**Completion/Publication**

Year of Completion: 2015
Date of 1st Publication: June 15, 2015
Nation of 1st Publication: United States

**Author**

- Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339, US

**Certification**

Name: Nancy Castanias
Date: November 08, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-192-096

**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 24, 2020

---

## Title
_____

Title of Work: 33673 - Police Car

## Completion/Publication
_____



Year of Completion: 2015
Date of 1st Publication: June 30, 2015
Nation of 1st Publication: United States

## Author
_____

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339, US

## Certification
_____

Name: Nancy Castanias
Date: November 08, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-524

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 15, 2021

---

**Title**

          **Title of Work:** 33774 - Ocean Buddies Shark

**Completion/Publication**

        **Year of Completion:** 2019
     **Date of 1st Publication:** May 08, 2019
   **Nation of 1ˢᵗ Publication:** United States

**Author**

             •  **Author:** Anagram International, Inc.
        **Author Created:** 2-D artwork
  **Work made for hire:** Yes
        **Domiciled in:** United States

**Copyright Claimant**

    **Copyright Claimant:** Anagram International, Inc.
                7700 Anagram Drive, Eden Prairie, MN, 55344, United States

**Certification**

        **Name:** Nancy Castanias
         **Date:** March 18, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tegle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-117-643

**Effective Date of Registration:**
March 28, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | 33815 - Rainbow with Clouds |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |
| **Date of 1st Publication:** | January 25, 2000 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **•    Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

33815 Rainbow with Clouds
SuperShape™ XL® P35

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | March 28, 2018 |



**33815 Rainbow with Clouds**

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-743

**Effective Date of Registration:**
August 03, 2017

## Title

**Title of Work:** 34374 - HVD Gold & Silver Dots

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 05, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** August 03, 2017

Page 1 of 1



## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-192-008**
**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 21, 2020

---

### Title

**Title of Work:** 35389 - Dump Truck

### Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 30, 2015
**Nation of 1st Publication:** United States

### Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Castanias
**Date:** November 08, 2019



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-099**

**Effective Date of Registration:**
August 08, 2017

---

**Title**

| | |
|---|---|
| **Title of Work:** | 35489 - Get Well Happy Rainbow |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 30, 2017 |
| **Nation of 1st Publication:** | United States |

**Author**

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

**Certification**

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | August 08, 2017 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-270-237**

**Effective Date of Registration:**
September 07, 2021
**Registration Decision Date:**
October 07, 2021

## Title

| | |
|---|---|
| **Title of Work:** | 35651 - Beautiful Swan |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 01, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

35651 HBD Beautiful Swan

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | September 07, 2021 |

Page 1 of 1



35651 HBD Beautiful Swan

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Stan*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-194-864

**Effective Date of Registration:**
January 14, 2020
**Registration Decision Date:**
March 09, 2020



## Title

| | |
|---|---|
| **Title of Work:** | 36852 - Magical Unicorn Std |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 21, 2017 |
| **Nation of 1ˢᵗ Publication:** | United States |



## Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 14, 2020 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Cargh*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-141-518

**Effective Date of Registration:**
August 09, 2018

---

**Title**

        **Title of Work:** 36887 - Magical Unicorn Sitter

**Completion/Publication**

        **Year of Completion:** 2016
        **Date of 1st Publication:** February 18, 2016
        **Nation of 1ˢᵗ Publication:** United States

**Author**

        •   **Author:** Anagram International, inc.
        **Author Created:** 2-D artwork
        **Work made for hire:** Yes
        **Domiciled in:** United States

**Copyright Claimant**

        **Copyright Claimant:** Anagram International, Inc.
        7700 Anagram Drive, Eden Prairie, MN, 55339

**Rights and Permissions**

        **Organization Name:** Anagram International, Inc.
        **Address:** 7700 Anagram Drive
        Eden Prairie, MN 5 United States

**Certification**

        **Name:** Nancy Kroells
        **Date:** August 03, 2018

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-339

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

---

### Title

**Title of Work:** 37116 - Tropical Palm Trees

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 23, 2019
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

### Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-085-924**

**Effective Date of Registration:**
February 01, 2018

---

### Title

| | |
|---|---|
| **Title of Work:** | 37273 - Magical Unicorn |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 05, 2017 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Kroells |
| **Date:** | February 01, 2018 |

**37273 Magical Unicorn**

Page 1 of 1



**37273 Magical Unicorn**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



Registration Number
**VA 2-182-674**
**Effective Date of Registration:**
October 18, 2019
**Registration Decision Date:**
December 13, 2019

## Title
Title of Work: 37727 Magic Unicorn Airwalker

## Completion/Publication
Year of Completion: 2017
Date of 1st Publication: September 22, 2017
Nation of 1st Publication: United States

## Author
Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant
Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification
Name: Nancy Castanias
Date: October 18, 2019

Copyright Office notes: Regarding authorship information: Deposited copy is soft sculpture w/ applied artwork

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-141-537

**Effective Date of Registration:**
August 03, 2018

---

**Title**

Title of Work: 37800 - Mermaid Wishes Seahorse

**Completion/Publication**

Year of Completion: 2017
Date of 1st Publication: November 30, 2017
Nation of 1st Publication: United States

**Author**

• Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

Name: Nancy Kroells
Date: August 03, 2018

---

Page 1 of 1



**37800 Mermaid Wishes
Seahorse**

Holographic SuperShape™ P40

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Leash*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-157-409

**Effective Date of Registration:**
April 23, 2019

---

## Title
_____

**Title of Work:** 37802 - Selfie Celebration Icons

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** November 01, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification
_____

**Name:** Nancy Castanias
**Date:** April 23, 2019



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Lay H. Lesle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-159-184

**Effective Date of Registration:**
March 14, 2019

## Title

|  |  |
|---|---|
| **Title of Work:** | 38302 - Santa in Chimney |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 22, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
|  | 7700 Anagram Drive, Eden Prairie, MN, 55339, US |

## Certification

|  |  |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | March 14, 2019 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-141-520

**Effective Date of Registration:**
August 03, 2018

---

**Title**
_____

Title of Work:  38306 - Christmas Unicorn

**Completion/Publication**
_____

Year of Completion:  2018
Date of 1st Publication:  March 01, 2018
Nation of 1st Publication:  United States

**Author**
_____

•        Author:  Anagram International, inc.
Author Created:  2-D artwork
Work made for hire:  Yes
Domiciled in:  United States

**Copyright Claimant**
_____

Copyright Claimant:  Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Rights and Permissions**
_____

Organization Name:  Anagram International, Inc.
Address:  7700 Anagram Drive
Eden Prairie, MN 55344 United States

**Certification**
_____

Name:  Nancy Castanias
Date:  August 03, 2018

---

Page 1 of 1

