## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-198-751

**Effective Date of Registration:**
February 12, 2020
**Registration Decision Date:**
April 03, 2020

---

**Title** _____

    **Title of Work:** 38469 - Disco Ball (Rainbow)

**Completion/Publication** _____

    **Year of Completion:** 2018
    **Date of 1st Publication:** May 29, 2018
    **Nation of 1st Publication:** United States

**Author** _____

    •    **Author:** Anagram International, inc.
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States

**Copyright Claimant** _____

    **Copyright Claimant:** Anagram International, Inc.
    7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification** _____

    **Name:** Nancy Castanias
    **Date:** February 12, 2020



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Teyl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-137-198

**Effective Date of Registration:**
July 18, 2018

### Title

**Title of Work:** 38472 - Colorful Mermaid

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 17, 2018
**Nation of 1st Publication:** United States

### Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States



38472 Colorful Mermaid

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Kroells
**Date:** July 18, 2018
**Applicant's Tracking Number:** 38472

Page 1 of 1



38472 Colorful Mermaid

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-197-607

**Effective Date of Registration:**
February 14, 2020
**Registration Decision Date:**
March 30, 2020

## Title

**Title of Work:** 38554 - Sealife Happy Birthday

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 11, 2018
**Nation of 1st Publication:** United States

## Author

● **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** February 14, 2020

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Cagle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-136-938**

**Effective Date of Registration:**
July 17, 2018

### Title

Title of Work: 38762 - Standing Magical Love Unicorn

### Completion/Publication

Year of Completion: 2018
Date of 1st Publication: May 17, 2018
Nation of 1st Publication: United States

### Author

• Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

38762 Standing Magical Love Unicorn

### Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Rights and Permissions

Organization Name: Anagram International, Inc.
Address: 7700 Anagram Drive
Eden Prairie, MN 55344 United States

### Certification

Name: Nancy Kroells
Date: July 17, 2018
Applicant's Tracking Number: 38762

Page 1 of 2



38762 Standing Magical Love
Unicorn

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-195-205

**Effective Date of Registration:**
January 15, 2020
**Registration Decision Date:**
March 11, 2020

---

## Title

**Title of Work:** 39379 - Iridescent Unicorn

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 06, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 15, 2020

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay. H. Terle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-176-631

**Effective Date of Registration:**
March 14, 2019
**Registration Decision Date:**
November 05, 2019





## Title

| | |
|---|---|
| Title of Work: | 39975 - Iridescent Ombre Pumpkin |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | October 22, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Anagram International, inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | March 14, 2019 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-176-629

**Effective Date of Registration:**
March 14, 2019

**Registration Decision Date:**
November 05, 2019

---

## Title

|                        |                              |
|------------------------|------------------------------|
| **Title of Work:**     | 39984 - Happy Grim Reaper    |

## Completion/Publication

|                               |                   |
|-------------------------------|-------------------|
| **Year of Completion:**       | 2018              |
| **Date of 1st Publication:**  | October 22, 2018  |
| **Nation of 1ˢᵗ Publication:**| United States     |

## Author

|                          |                              |
|--------------------------|------------------------------|
| **Author:**              | Anagram International, inc.   |
| **Author Created:**      | 2-D artwork                  |
| **Work made for hire:**  | Yes                          |
| **Domiciled in:**        | United States                |

## Copyright Claimant

|                          |                                                          |
|--------------------------|----------------------------------------------------------|
| **Copyright Claimant:**  | Anagram International, Inc.                               |
|                          | 7700 Anagram Drive, Eden Prairie, MN, 55339              |

## Certification

|             |                   |
|-------------|-------------------|
| **Name:**   | Nancy Castanias   |
| **Date:**   | March 14, 2019    |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesl*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-176-628

**Effective Date of Registration:**
March 14, 2019

**Registration Decision Date:**
November 05, 2019

---

## Title

Title of Work: 39986 Iridescent Ghost

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: October 22, 2018
Nation of 1ˢᵗ Publication: United States

## Author

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: March 14, 2019

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesh*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-158-481

**Effective Date of Registration:**
March 14, 2019

---

### Title

**Title of Work:** 40089 - Merry Christmas Ruffle

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 22, 2018
**Nation of 1st Publication:** United States

### Author

· **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Castanias
**Date:** March 14, 2019



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-158-379**

**Effective Date of Registration:**
March 14, 2019

### Title
_____

**Title of Work:** 40092 - Iridescent Christmas Tree

### Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** October 22, 2018
**Nation of 1st Publication:** United States

### Author
_____

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant
_____

**Copyright Claimant:** Anagram International, inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification
_____

**Name:** Nancy Castanias
**Date:** March 14, 2019

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Yigle*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-158-489**

**Effective Date of Registration:**
March 14, 2019

## Title

**Title of Work:** 40093 - Iridescent Ornaments

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 22, 2018
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** March 14, 2019



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesh*

United States Register of Copyrights and Director

Registration Number

**VA 2-158-472**

Effective Date of Registration:
March 14, 2019

## Title

**Title of Work:** 40108 - Jovial Santa

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 22, 2018
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** March 14, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Cirle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-176-633

**Effective Date of Registration:**
March 14, 2019

**Registration Decision Date:**
November 05, 2019

---

## Title

Title of Work: -40262 - Iridescent HNY Banner

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: October 22, 2018
Nation of 1st Publication: United States

## Author

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanjas
Date: March 14, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-337

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
April 14, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | 40363 - Standing Llama Sitter |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 30, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | March 01, 2021 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-246-963**

**Effective Date of Registration:**
February 26, 2021
**Registration Decision Date:**
April 12, 2021

---

### Title

**Title of Work:** 40469 - Iridescent Heart Unicorn

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 01, 2019
**Nation of 1st Publication:** United States

### Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

### Certification

**Name:** Nancy Castanias
**Date:** February 26, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-195-207

**Effective Date of Registration:**
January 15, 2020
**Registration Decision Date:**
March 11, 2020

---

## Title

**Title of Work:** 40485 - Pretty in Pink Unicorn

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 05, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 15, 2020

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-317-483**

**Effective Date of Registration:**
August 15, 2022
**Registration Decision Date:**
September 08, 2022

---

**Title**



        **Title of Work:**  40668 - Dinomite T-Rex

**Completion/Publication**

        **Year of Completion:**  2019
    **Date of 1st Publication:**  August 01, 2019
    **Nation of 1st Publication:**  United States

**Author**

        •    **Author:**  Anagram International, Inc.
      **Author Created:**  2-D artwork
    **Work made for hire:**  Yes
        **Domiciled in:**  United States

**Copyright Claimant**

     **Copyright Claimant:**  Anagram International, Inc.
                  7700 Anagram Drive, Eden Prairie, MN, 55344

**Certification**

          **Name:**  Nancy Castanias
           **Date:**  August 12, 2022



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-194-880

**Effective Date of Registration:**
January 15, 2020
**Registration Decision Date:**
March 09, 2020

---

## Title

        **Title of Work:**    40834 - Mama & Baby Unicorn

## Completion/Publication

        **Year of Completion:**    2019
        **Date of 1st Publication:**    October 07, 2019
        **Nation of 1st Publication:**    United States

## Author

    •        **Author:**    Anagram International, inc.
        **Author Created:**    2-D artwork
        **Work made for hire:**    Yes
        **Domiciled in:**    United States

## Copyright Claimant

        **Copyright Claimant:**    Anagram International, Inc.
                7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

        **Name:**    Nancy Castanias
        **Date:**    January 15, 2020

        **Copyright Office notes:**    Basis for Registration: Pictorial and graphic features identified separately from
                and capable of existing independently of the utilitarian aspects of a useful article.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-195-203

**Effective Date of Registration:**
January 15, 2020
**Registration Decision Date:**
March 11, 2020

---

## Title

|  |  |
|---|---|
| **Title of Work:** | 41217 - Satin Sitting Unicorn |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 11, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

|  |  |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 15, 2020 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-675

**Effective Date of Registration:**
January 08, 2020

**Registration Decision Date:**
February 26, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 41550 - Flamingo Baby |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 16, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 08, 2020 |

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-193-989

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 05, 2020

---

## Title

Title of Work: 41551 - Narwhal Baby

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: December 16, 2019
Nation of 1st Publication: United States

## Author

• Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: January 09, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-340

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

---

## Title

**Title of Work:** 41555 - Babysaurus



## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 01, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-194-918

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 10, 2020

## Title

**Title of Work:** 41560 - Baby Girl Rattle

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 16, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 09, 2020



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-194-919

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 10, 2020

---

### Title

| | |
|---|---|
| **Title of Work:** | 41561 - Baby Rainbow |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 16, 2019 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 09, 2020 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-193-405**

**Effective Date of Registration:**
January 09, 2020

**Registration Decision Date:**
March 02, 2020

---

## Title
_____

Title of Work: 41562 - Otterly Adorable Std Shape

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: December 16, 2019
Nation of 1st Publication: United States

## Author
_____

- Author: Anagram International, inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification
_____

Name: Nancy Castanias
Date: January 09, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-194-135

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

## Title

Title of Work: 41574 - Cool Kitty

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: December 16, 2019
Nation of 1ˢᵗ Publication: United States

## Author

• Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: January 09, 2020

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-194-176**

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

### Title

**Title of Work:** 41577 - Baby Unicorn

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 16, 2019
**Nation of 1st Publication:** United States

### Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Castanias
**Date:** January 09, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-194-172

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

## Title

**Title of Work:** 41646 - Pastel Tie Die Butterfly

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 16, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 09, 2020

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-194-163

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

## Title

**Title of Work:** 41659 - Natural Baby

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 16, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 09, 2020

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-194-145

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

**Title**
_____

**Title of Work:** 41671-Pastel Rainbow Baby

**Completion/Publication** _____

**Year of Completion:** 2019
**Date of 1st Publication:** December 16, 2019
**Nation of 1st Publication:** United States

**Author** _____

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

**Copyright Claimant** _____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification** _____

**Name:** Nancy Castanias
**Date:** January 09, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-193-393

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 02, 2020

---

**Title**

Title of Work: 41673 - Sweet Baby Rainbow

**Completion/Publication**

Year of Completion: 2019
Date of 1st Publication: December 16, 2019
Nation of 1st Publication: United States

**Author**

- Author: Anagram International, inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

Name: Nancy Castanias
Date: January 09, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-194-921

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 10, 2020

---

## Title

**Title of Work:** 41675 - Bee Well Soon Std Shape

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 16, 2019
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** January 09, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-194-167

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

## Title


Title of Work: 41693 - Bee Well Soon Std

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: December 16, 2019
Nation of 1st Publication: United States

## Author

· Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: January 09, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-366

**Effective Date of Registration:**
January 08, 2020
**Registration Decision Date:**
February 25, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 41779 - Calico Cat Bday |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 16, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339, US |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 08, 2020 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-194-121**

**Effective Date of Registration:**
January 09, 2020
**Registration Decision Date:**
March 06, 2020

---

### Title

|  |  |
|---|---|
| **Title of Work:** | 41799 - Happy Little Monster Std Shape |

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 16, 2019 |
| **Nation of 1st Publication:** | United States |

### Author

|  |  |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification

|  |  |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 09, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-633

**Effective Date of Registration:**
January 08, 2020
**Registration Decision Date:**
February 26, 2020

---

## Title

| | |
|---|---|
| Title of Work: | 41800 - Happy Little Monster Bday |



## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | December 16, 2019 |
| Nation of 1st Publication: | United States |



## Author

| | |
|---|---|
| Author: | Anagram International, inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |





## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | January 08, 2020 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-197-444

**Effective Date of Registration:**
February 11, 2020
**Registration Decision Date:**
March 30, 2020

## Title
　
Title of Work: 42107 - Zebra Print Patterns

## Completion/Publication
　
Year of Completion: 2020
Date of 1st Publication: January 16, 2020
Nation of 1ˢᵗ Publication: United States

## Author
　
• Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant
　
Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification
　
Name: Nancy Castanias
Date: February 11, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-197-447

**Effective Date of Registration:**
February 11, 2020
**Registration Decision Date:**
March 30, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 42109 - Leopard Print Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | January 16, 2020 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | February 11, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-197-452

**Effective Date of Registration:**
February 11, 2020
**Registration Decision Date:**
March 30, 2020

## Title

**Title of Work:** 42110 - Tiger Print Pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 16, 2020
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** February 11, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-304-160

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 14, 2022

## Title

**Title of Work:** 42257 - Congrats to You Grad

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 10, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Rights and Permissions

**Organization Name:** Anagram International, Inc
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy Castanias
**Date:** May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-349-977**

**Effective Date of Registration:**
May 01, 2023
**Registration Decision Date:**
June 05, 2023

---

## Title

Title of Work: 42345 - Sitting Teddy

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: February 18, 2020
Nation of 1st Publication: United States

## Author

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

Name: Nancy Castanias
Date: May 01, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-785

**Effective Date of Registration:**
May 13, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42371 - Big Love

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 13, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-768

**Effective Date of Registration:**
May 13, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42373 - Big Cuddly Teddy Bear

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 13, 2020

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-694

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

## Title
_____

Title of Work: 42418 - Scary Witch

## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: January 06, 2020
Nation of 1st Publication: United States

## Author
_____

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
_____

Name: Nancy Castanias
Date: May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-789

**Effective Date of Registration:**
May 13, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

Title of Work: 42420 - Pumpkin and Ghost

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: May 06, 2020
Nation of 1st Publication: United States

## Author

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

Name: Nancy Castanias
Date: May 13, 2020

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-767

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42421 - Creepy Tree

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 06, 2020
**Nation of 1st Publication:** United States

## Author

● **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020

Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 42449
Search Results: Displaying 1 of 1 entries



---

Labeled View

*42449 - Birthday.*

|                                  |                                                                                                              |
| -------------------------------- | ------------------------------------------------------------------------------------------------------------ |
| **Type of Work:**                | Visual Material                                                                                               |
| **Registration Number / Date:**  | VA0002207791 / 2020-05-14                                                                                     |
| **Application Title:**           | 42449 - Birthday.                                                                                             |
| **Title:**                       | 42449 - Birthday.                                                                                             |
| **Description:**                 | Electronic file (eService)                                                                                    |
| **Copyright Claimant:**          | Anagram International, Inc. Address: 7700 Anagram Drive, Eden Prairie, MN, 55344.                             |
| **Date of Creation:**            | 2020                                                                                                          |
| **Date of Publication:**         | 2020-05-06                                                                                                    |
| **Nation of First Publication:** | United States                                                                                                |
| **Authorship on Application:**   | Anagram International, Inc., employer for hire; Domicile: United States. Authorship: 2-D artwork.            |
| **Names:**                       | Anagram International, Inc.                                                                                   |





Save, Print and Email (Help Page)
Select Download Format | Full Record | Format for Print/Save
Enter your email address: | | Email



**42449 Birthday Cake**
CI: AirLoonz™ Large P70



**42449 Birthday Cake**
CI: AirLoonz™ Large P70

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-821

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

### Title
_____

**Title of Work:**   42459 - Moon and Stars

### Completion/Publication
_____

**Year of Completion:**   2020
**Date of 1st Publication:**   May 06, 2020
**Nation of 1st Publication:**   United States

### Author
_____

- **Author:**   Anagram International, Inc.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

### Copyright Claimant
_____

**Copyright Claimant:**   Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

### Certification
_____

**Name:**   Nancy Castanias
**Date:**   May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-833

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42463 - Star Cluster Black & Gold

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-835

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42464 - Colorful Star Cluster

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-831

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title
_____

**Title of Work:** 42465 - LOVE Wedding

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
_____

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-832

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42466 - Wedding Cake

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-765

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 42467 - Palm Tree

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-701

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 42468 - Bubbly Wine Glass |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | May 06, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | May 14, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-699

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

## Title

| | |
|---|---|
| **Title of Work:** | 42563 - Goal Post |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | May 06, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | May 14, 2020 |

