# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-349-995

Effective Date of Registration:
May 01, 2023
Registration Decision Date:
June 05, 2023

---

## Title

| | |
|---|---|
| Title of Work: | 42808 - Firetruck Airloonz |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 03, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | May 01, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-303-923

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 13, 2022

---

## Title

**Title of Work:** 42809 - Flutters Butterfly

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 01, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-303-928

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 13, 2022

---

## Title

**Title of Work:** 42811 - Astronaut

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 01, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-311-155

**Effective Date of Registration:**
May 18, 2022

**Registration Decision Date:**
July 28, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | 42829 - Birthday Present |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 04, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | May 18, 2022 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-304-186

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 14, 2022

---

## Title


**Title of Work:** 42830 - Tiki

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 10, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-246-959

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
April 12, 2021

---

## Title
                **Title of Work:** 42892 - Shimmering Mermaid SS

## Completion/Publication
        **Year of Completion:** 2020
    **Date of 1st Publication:** July 28, 2020
  **Nation of 1st Publication:** United States

## Author
                **Author:** Anagram International, Inc.
      **Author Created:** 2-D artwork
  **Work made for hire:** Yes
        **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Anagram International, Inc.
                 7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
          **Name:** Nancy Castanias
          **Date:** March 01, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-560

**Effective Date of Registration:**
February 26, 2021
**Registration Decision Date:**
April 15, 2021

---

## Title
 

**Title of Work:** 42893 - Enchanted Unicorn SS



## Completion/Publication
 

**Year of Completion:** 2020
**Date of 1st Publication:** January 01, 2021
**Nation of 1st Publication:** United States

## Author
 

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant
 

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Rights and Permissions
 

**Organization Name:** Anagram International, Inc.
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification
 

**Name:** Nancy Castanias
**Date:** February 26, 2021



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-027

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
April 12, 2021

## Title


|  |  |
|---|---|
| Title of Work: | 42895 - Enchanted Unicorn Std |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | July 28, 2020 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
|  | 7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

## Certification

|  |  |
|---|---|
| Name: | Nancy Castanias |
| Date: | February 26, 2021 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-246-962

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
April 12, 2021

---

## Title
 

**Title of Work:** 42910 - Enchanted Unicorn Orbz

## Completion/Publication
 

**Year of Completion:** 2020
**Date of 1st Publication:** July 28, 2020
**Nation of 1st Publication:** United States

## Author
 

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant
 

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

---

## Certification
 

**Name:** Nancy Castanias
**Date:** March 01, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-304-187

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 14, 2022

---

## Title

**Title of Work:** 42923 - T-Rex

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 06, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-815

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
April 19, 2021

---

## Title

**Title of Work:** 43082 - Enchanted Unicorn Airwalker

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 20, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 01, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-564

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
April 15, 2021

---

## Title



**Title of Work:** 43083 - Enchanted Unicorn Sitter

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 02, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 01, 2021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-351-564

**Effective Date of Registration:**
May 01, 2023
**Registration Decision Date:**
June 20, 2023

---

## Title

  **Title of Work:** 43635 - Love Robot

## Completion/Publication

  **Year of Completion:** 2020
  **Date of 1st Publication:** February 22, 2020
  **Nation of 1st Publication:** United States

## Author

  • **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Anagram International, Inc.
  7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

  **Name:** Nancy Castanias
  **Date:** May 01, 2023

  **Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-303-977**

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 13, 2022

---

## Title

**Title of Work:** 43731 - Stacking Hearts

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 29, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-662

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title
       **Title of Work:**   45098 - Satin Love Bear

## Completion/Publication
       **Year of Completion:**   2023
   **Date of 1st Publication:**   May 18, 2023
  **Nation of 1ˢᵗ Publication:**   United States

## Author
          **Author:**   Anagram International, Inc.
     **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
      **Domiciled in:**   United States

## Copyright Claimant
  **Copyright Claimant:**   Anagram International, Inc.
                      7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
         **Name:**   Nancy Castanias
          **Date:**   October 13, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-304-188

**Effective Date of Registration:**
May 18, 2022
**Registration Decision Date:**
June 14, 2022

---

## Title

Title of Work: 45151 - Satin Brown Love Bear

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: February 25, 2022
Nation of 1st Publication: United States

## Author

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

Name: Nancy Castanias
Date: May 18, 2022



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-797

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

**Title of Work:** 45450 - Stacked Bday Icons

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-663

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

**Title of Work:** 46523 - Love Satin Bear Sitter

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 22, 2023
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** October 13, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-656

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

**Title of Work:** 46763 - Happy Lady Bug

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 10, 2023
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Rights and Permissions

**Organization Name:** Anagram International, Inc
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy Castanias
**Date:** October 13, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-655

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 11, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | 46764 - Happy Frog |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | May 09, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | October 13, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-654

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 11, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 46765 - Happy Bee |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | May 12, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Address:** | 7700 Anagram Drive |
| | Eden Prairie, MN 55344 United States |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | October 13, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-368-447

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
October 30, 2023

---

## Title

**Title of Work:** 46952 - Birthday Surprise

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 05, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

⌕ **46952 Birthday Surprise.psd**

## Certification

**Name:** Nancy Castanias
**Date:** October 13, 2023



46952 Birthday_Surprise.psd

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-118

**Effective Date of Registration:**
July 24, 2017

## Title

**Title of Work:** 65408 - Welcome Baby

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 06, 2000
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 65408



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-836

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title
                              **Title of Work:**    83117 - Christmas Tree

## Completion/Publication
                    **Year of Completion:**    2020
               **Date of 1st Publication:**    January 06, 2020
            **Nation of 1st Publication:**    United States

## Author
                                **Author:**    Anagram International, Inc.
                        **Author Created:**    2-D artwork
                    **Work made for hire:**    Yes
                          **Domiciled in:**    United States

## Copyright Claimant
                    **Copyright Claimant:**    Anagram International, Inc.
                                               7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
                                  **Name:**    Nancy Castanias
                                  **Date:**    May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-689

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

## Title

**Title of Work:** 83118 - Snowman

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 06, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-692

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

| | |
|---|---|
| Title of Work: | 83119 - Nutcracker |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | January 06, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | May 14, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-763

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title
_____

**Title of Work:** 83120 - Bubbly Wine Bottle

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** May 06, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
_____

**Name:** Nancy Castanias
**Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R    VA 1-258-043

E

APR 21 2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Happy Birthday Sketch Cake, #85643

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**NAME OF AUTHOR ▼**

a  M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of **United States**
     Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
     Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

a  **Year in Which Creation of This Work Was Completed**
2000
This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **March**    Day **15**    Year **2000**
**United States**    Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED APR 21 2003  JUL 17 2003
TWO DEPOSITS RECEIVED APR 21 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a** See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼     **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**b**

Area code and daytime telephone number (952-) 949-5631     Fax number (952-) 949-6483

Email psandkamp@anagramintl com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of M&D Balloons, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis     Date April 10, 2003

Handwritten signature (X) ▼

X _Diana Curtis_

| Certificate will be mailed in window envelope to this address | Name ▼ Patricia Sandkamp, M&D Balloons, Inc |
| --- | --- |
| | Number/Street/Apt ▼ 7645 Executive Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344-7313 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-258-044

APR 21 2003

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**Title of This Work ▼**
Groovy Birthday Flower Retro, #85644

**NATURE OF THIS WORK ▼** See instructions
Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**a**  **NAME OF AUTHOR ▼**
M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ **United States**
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es)  **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es)  **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work



NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**a**  **Year in Which Creation of This Work Was Completed**  2000
This information must be given in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **March**  Day **15**  Year **2000**
Nation **United States**

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 21 2003 / JUL 1 7 2003
ONE DEPOSIT RECEIVED
APR 21 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a** See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN  55344-7313

Area code and daytime telephone number  ( 952- ) 949-5631          Fax number  ( 952- ) 949-6483

Email  psandkamp@anagramintl com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  M&D Balloons, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis          **Date**  April 10, 2003

**Handwritten signature (X)** ▼

X

| Certificate will be mailed in window envelope to this address | **Name** ▼ Patricia Sandkamp, M&D Balloons, Inc |
|---|---|
| | **Number/Street/Apt** ▼ 7645 Executive Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN  55344-7313 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—25,000  Web Rev. June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office 2000-461-113/20,021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 258 – 045



APR 21 2003

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**

Happy Birthday Pastel Floral Plaid, #85678

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

OR { **Author's Nationality or Domicile**
Name of Country
Citizen of ___United States___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture          ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork            ☐ Photograph   ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design  ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

OR { **Author's Nationality or Domicile**
Name of Country
Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture          ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork            ☐ Photograph   ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design  ☐ Architectural work

NOTE
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

---

**a** **Year in Which Creation of This Work Was Completed**
2000     Year
*This information must be given in all cases.*

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __March__  Day __15__  Year __2000__
__United States__  Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 2 1 2003

ONE DEPOSIT RECEIVED
APR 2 1 2003

JUL 1 7 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.          Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| | | FORM VA |
|---|---|---|
| EXAMINED BY | | |
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE Yes | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes, why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a** See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                    **Account Number ▼**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN  55344-7313

**b**

Area code and daytime telephone number  (952-) 949-5631          Fax number  (952-) 949-6483

Email  psandkamp@anagramintl com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  M&D Balloons, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis                                     Date  April 10, 2003

Handwritten signature (X) ▼

X  _Diana Curtis_

| Certificate will be mailed in window envelope to this address | Name ▼ Patricia Sandkamp, M&D Balloons, Inc |
|---|---|
| | Number/Street/Apt ▼ 7645 Executive Drive |
| | City/State/ZIP ▼ Eden Prairie, MN  55344-7313 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper          U S Government Printing Office 2000-461-113/20 021



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-258-041**

APR 21 2003
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Happy Birthday Gift Squares, #85679

**NATURE OF THIS WORK ▼** See instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published as a periodical or serial give **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

---

**a** **NAME OF AUTHOR ▼**

M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  United States
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed** This information must be given
2000 Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.
Month March  Day 15  Year 2000
United States  Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED** JUL 1 7 2003
APR 2 1 2003

**ONE DEPOSIT RECEIVED**
APR 2 1 2003

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼   **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a** See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

Area code and daytime telephone number ( 952- ) 949-5631    Fax number ( 952- ) 949-6483

Email  psandkamp@anagramintl com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **M&D Balloons, Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Diana Curtis     Date April 10, 2003

Handwritten signature (X) ▼
X  Diana Curtis

| Certificate will be mailed in window envelope to this address | Name ▼ Patricia Sandkamp, M&D Balloons, Inc |
| | Number/Street/Apt ▼ 7645 Executive Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344-7313 |

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000  Web Rev June 2002  Printed on recycled paper    U S Government Printing Office 2000-461-113/20,021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1−258−040

EFFECTIVE DATE OF REGISTRATION

APR 21 2003
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Happy Birthday Graphic Daisies, #85682

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a** **NAME OF AUTHOR ▼**

M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
2000
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Month March  Day 15  Year 2000
Complete this information ONLY if this work has been published.
United States

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 21 2003    JUL 17 2003
ONE DEPOSIT RECEIVED
APR 21 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions. · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**a** See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**b**

Area code and daytime telephone number ( 952- ) 949-5631          Fax number ( 952- ) 949-6483

Email  psandkamp@anagramintl com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  M&D Balloons, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis                    Date April 10, 2003

Handwritten signature (X) ▼

x  _Diana Curtis_

| Certificate will be mailed in window envelope to this address | **Name** ▼ Patricia Sandkamp, M&D Balloons, Inc | • Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ 7645 Executive Drive | **1 Application form 2** Nonrefundable filing fee in check or money order payable to Register of Copyrights **3** Deposit material |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344-7313 | **Library of Congress Copyright Office** 101 Independence Avenue S E Washington D C 20559-6000 |

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  @ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20 021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-258-037

APR 21 2003

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**Title of This Work ▼**

Happy Birthday Butterfly/Dragonfly/Coordinate, #85684

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**a**  **NAME OF AUTHOR ▼**

M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of **United States**
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  **Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**a**  Year in Which Creation of This Work Was Completed
2000
This information must be given
Year in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work has been published.
Month **March**  Day **15**  Year **2000**
**United States**    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

APPLICATION RECEIVED  APR 2 7 2003
ONE DEPOSIT RECEIVED  APR 2 7 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

JUL 17 2003

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼ _____ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a** See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼ _____ **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

Area code and daytime telephone number (952-) 949-5631     Fax number (952-) 949-6483

Email psandkamp@anagramintl com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of M&D Balloons, Inc
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Diana Curtis     **Date** April 10, 2003

Handwritten signature (X) ▼
X _Diana Curtis_

| Certificate will be mailed in window envelope to this address | **Name** ▼ Patricia Sandkamp, M&D Balloons, Inc |
|---|---|
| | **Number/Street/Apt** ▼ 7645 Executive Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344-7313 |

Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000 Web Rev June 2002 ⊕ Printed on recycled paper     U S Government Printing Office 2000-461-113/20 021

**FORM VA**



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1 – 258 – 038

APR 21 2003

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Happy Birthday Celebration, #85685

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

**a** **NAME OF AUTHOR ▼**

M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of **United States**
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**a** **Year in Which Creation of This Work Was Completed** 2000 Year in all cases

**b** **Date and Nation of First Publication of This Particular Work**
Month **March** Day **15** Year **2000**
**United States** Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 21 2003
ONE DEPOSIT RECEIVED
APR 21 2003
TWO DEPOSITS RECEIVED
JUL 17 2003
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**a** See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼   Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**b**

Area code and daytime telephone number ( 952- ) 949-5631   Fax number ( 952- ) 949-6483

Email psandkamp@anagramintl com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of M&D Balloons, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis   Date April 10, 2003

Handwritten signature (X) ▼

X _Diana Curtis_

| Certificate will be mailed in window envelope to this address | Name ▼ Patricia Sandkamp, M&D Balloons, Inc |
|---|---|
| | Number/Street/Apt ▼ 7645 Executive Drive |
| | City/State/ZIP ▼ Eden Prairie, MN 55344-7313 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington DC 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ♻ Printed on recycled paper   U.S. Government Printing Office 2000-461-113/20 021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-258-039

APR 21 2003

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Happy Birthday Funky Icons #85686

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

**a** M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes" see detailed instructions*

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes" see detailed instructions*

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**a** Year in Which Creation of This Work Was Completed
2000
*This information must be given*
*Year In all cases.*

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month March   Day 15   Year 2000
United States   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 2 1 2003 / JUL 1 7 2003
ONE DEPOSIT RECEIVED
APR 2 1 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | | FORM VA |
|---|---|---|---|
| CHECKED BY | | | |
| CORRESPONDENCE ☒ Yes | | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**
See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

Area code and daytime telephone number  ( 952- ) 949-5631          Fax number  ( 952- ) 949-6483

Email  psandkamp@anagramintl com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **M&D Balloons, Inc**
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis          Date  April 10, 2003

Handwritten signature (X) ▼

X  Diana Curtis

| Certificate will be mailed in window envelope to this address | Name ▼ Patricia Sandkamp, M&D Balloons, Inc | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 7645 Executive Drive | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Eden Prairie, MN 55344-7313 | Library of Congress Copyright Office 101 Independence Avenue S E Washington D C 20559-6000 |

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ♻ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-258-042

EFFECTIVE DATE OF REGISTRATION

APR 21 2003
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Happy Birthday Extreme Boy Icons, #85687

**NATURE OF THIS WORK ▼** See Instructions

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**a**  **NAME OF AUTHOR ▼**

M&D Balloons, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**a**  **Year in Which Creation of This Work Was Completed**
2000
This information must be given.
Year in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __March__   Day __15__   Year __2000__
__United States__      Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  APR 21 2003   JUL 17 2003
ONE DEPOSIT RECEIVED  APR 21 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**
See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ M&D Balloons, Inc
7645 Executive Drive
Eden Prairie, MN 55344-7313

**b**

Area code and daytime telephone number ( 952- ) 949-5631    Fax number ( 952- ) 949-6483

Email  psandkamp@anagramintl com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  M&D Balloons, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Diana Curtis    Date  April 10, 2003

Handwritten signature (X) ▼

X _Diana Curtis_

| Certificate will be mailed in window envelope to this address | Name ▼ Patricia Sandkamp, M&D Balloons, Inc | Complete all necessary spaces · Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 7645 Executive Drive | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Eden Prairie, MN 55344-7313 | Library of Congress Copyright Office 101 Independence Avenue S E Washington D C 20559-6000 |

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ♲ Printed on recycled paper    U S Government Printing Office 2000-461-113/20 021



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Teasle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-115-452**

**Effective Date of Registration:**
February 28, 2018



A111236 Flamingo Beach
SuperShape™ P35

## Title

**Title of Work:** 111236 Flamingo Beach

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 01, 2001
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** February 28, 2018



A111236 Flamingo Beach

SuperShape™ P35

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-206-714**

EFFECTIVE DATE OF REGISTRATION

| | | |
|---|---|---|
| *2* | *24* | *03* |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

First Wish Floating Bear, #A111800

**NATURE OF THIS WORK ▼ See instructions**

Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a** **NAME OF AUTHOR ▼**

Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**a** **Year in Which Creation of This Work Was Completed**
2002
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __January__ Day __15__ Year __2002__
__United States__
Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼     **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie. MN 55344-7307

Area code and daytime telephone number   ( 952- ) 949-5631     Fax number   ( 952- ) 949-6483

Email   psandkamp@anagramintl.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Anagram International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis     **Date** April 10, 2003

**Handwritten signature (X)** ▼

X _Diana Curtis_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. |
|---|---|
| | **Number/Street/Apt** ▼ 7700 Anagram Drive |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-058-010

**Effective Date of Registration:**
July 17, 2017

---

**Title**

| | |
|---|---|
| **Title of Work:** | 119457 - Little Princess |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | December 10, 2009 |
| **Nation of 1st Publication:** | United States |

**Author**

| | |
|---|---|
| •     **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344, United States |

**Rights and Permissions**

| | |
|---|---|
| **Organization Name:** | Anagram International, Inc. |
| **Email:** | info@anagramintl.com |
| **Address:** | 7700 Anagram Drive |
| | Eden Prairie, MN 55344 United States |

**Certification**

| | |
|---|---|
| **Name:** | Nancy L. Kroells |
| **Date:** | July 17, 2017 |
| **Applicant's Tracking Number:** | 119457 |

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-197-440

**Effective Date of Registration:**
February 11, 2020
**Registration Decision Date:**
March 30, 2020

---

## Title

**Title of Work:** 119596 - Giraffe Pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 16, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** February 11, 2020

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-083**

**Effective Date of Registration:**
July 17, 2017

---

## Title

**Title of Work:** 119923 - It's a Boy Cupcake

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 04, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 17, 2017
**Applicant's Tracking Number:** 11923

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Leigh Wyeth*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-058-009**

**Effective Date of Registration:**
July 17, 2017

## Title

**Title of Work:** 119924 - It's a Girl Cupcake

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 07, 2011
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 17, 2017
**Applicant's Tracking Number:** 119924



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-073-740

**Effective Date of Registration:**
August 03, 2017

---

**Title**

           **Title of Work:**  A11406 - Birthday Horns

**Completion/Publication**

         **Year of Completion:**  1999
      **Date of 1st Publication:**  January 15, 1999
  **Nation of 1ˢᵗ Publication:**  United States

**Author**

        •      **Author:**  Anagram International, Inc.
      **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
        **Domiciled in:**  United States

**Copyright Claimant**

    **Copyright Claimant:**  Anagram International, Inc.
                  7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

           **Name:**  Nancy Kroells
             **Date:**  August 03, 2017

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-393-229

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 06, 2024

---

## Title
_____

**Title of Work:** 46774 - Pool Party Flamingo

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** August 24, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anagram International
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anagram International
7700 Anagram Drive, Eden Prairie, MN, 55344

## Rights and Permissions
_____

**Organization Name:** Anagram International
**Email:** brandprotection@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, mn 55344 United States

## Certification
_____

**Name:** Nancy Castanias
**Date:** February 19, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-979

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024

---

## Title
 

**Title of Work:** 46929 - Merry Christmints Elf

## Completion/Publication
 

**Year of Completion:** 2023
**Date of 1st Publication:** January 16, 2024
**Nation of 1st Publication:** United States

## Author
 

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant
 

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
 

**Name:** Nancy Castanias
**Date:** February 19, 2024

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-983

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024

---

## Title

Title of Work: 47040 - Monster Mingle Head

## Completion/Publication

Year of Completion: 2023
Date of 1st Publication: January 16, 2024
Nation of 1st Publication: United States

## Author

- Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

Name: Nancy Castanias
Date: February 19, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-990

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024

---

## Title

**Title of Work:** 39603 - Stegosaurus

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 21, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International
7700 Anagram Drive, Eden Prairie, MN, 55344

## Rights and Permissions

**Organization Name:** Anagram International
**Email:** brandprotection@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, mn 55344 United States

## Certification

**Name:** Nancy Castanias
**Date:** February 19, 2024