

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-987**

**Effective Date of Registration:**
February 19, 2024

**Registration Decision Date:**
May 03, 2024



## Title
**Title of Work:** 46702 - Satin Trick or Treat Ghost

## Completion/Publication
**Year of Completion:** 2023
**Date of 1st Publication:** January 16, 2024
**Nation of 1st Publication:** United States

## Author
- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
**Name:** Nancy Castanias
**Date:** February 19, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-393-036**
**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024



## Title

**Title of Work:** 46700 - Glow Batty Bat

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 15, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** February 19, 2024

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-981**

**Effective Date of Registration:**
February 19, 2024

**Registration Decision Date:**
May 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 47041 - Monster Mingle Pumpkin Airloonz |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 16, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | February 19, 2024 |

Page 1 of 1

