IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | ) |
| | ) Case No. 25-cv-1066 |
| Plaintiff, | ) |
| | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL AS TO DEFENDANT NO. 12 "CHIMISAWO"

Plaintiff, ANAGRAM INTERNATIONAL, LLC and Defendant No. 12 "ChimiSawo" ("Defendant"), hereby stipulate and agree to the voluntarily dismissal of the Complaint relative to the above-referenced Defendant and the Answer and Affirmative Defenses [Dkt. No. 86] in this matter with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

Dated: August 8, 2025        By:    s/Michael A. Hierl
                                    Michael A. Hierl
                                    William B. Kalbac
                                    Robert P. McMurray
                                    John Wilson
                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                    Three First National Plaza
                                    70 W. Madison Street, Suite 4000
                                    Chicago, Illinois 60602
                                    (312) 580-0100 Telephone
                                    mhierl@hsplegal.com

                                    Attorneys for Plaintiff
                                    ANAGRAM INTERNATIONAL, LLC

                                    s/ Christopher Paul Keleher
                                    Christopher Paul Keleher
                                    The Keleher Appellate Law Group, LLC
                                    1 East Erie Street
                                    Suite 525
                                    Box 4635
                                    Chicago, IL 60611

Ph: (312) 448-8491
Email: ckeleher@appellatelawgroup.com

Counsel for Defendant No. 12 "ChimiSawo"

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 8, 2025.

                                                                    s/*Michael A. Hierl*
                                                                    Michael A. Hierl