IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　Defendants. | Case No. 25-cv-1066<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Jeannice W. Appenteng |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ANAGRAM INTERNATIONAL, LLC. and Defendant No. 49 "ScienYv" ("Defendant"), hereby stipulate and agree to the voluntary dismissal of the Complaint relative to the above-referenced Defendant and the Answer and Affirmative Defenses [Dkt. Nos. 86] in this matter with prejudice. Each party shall bear its own attorney fees and costs.

Defendant No. 49 "ScienYv" is the last remaining Defendant in this matter.

s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
ANAGRAM INTERNATIONAL, LLC

Dated:  August 22, 2025

s/Christopher Paul Keleher
Christopher Paul Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Box 4635
Chicago, IL 60611
(312) 448-8491
ckeleher@appellatelawgroup.com

Attorney for Defendant No. 49
"ScienYv"

SO ORDERED:

_____
Matthew F. Kennelly
U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 22, 2025.

                                                         s/Michael A. Hierl
                                                         Michael A. Hierl